Matter of Canale (2023 NY Slip Op 00142)

Matter of Canale

2023 NY Slip Op 00142

Decided on January 12, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 12, 2023

PM-01-23
[*1]In the Matter of Jeffrey T. Canale, Now Known as Jeffrey T. Lacroix, an Attorney. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Jeffrey T. Canale, Now Known as Jeffrey T. Lacroix, Respondent. (Attorney Registration No. 1896992.)

Calendar Date:August 29, 2022

Before:Egan Jr., J.P., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Anna E. Remet, of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Gregory V. Canale, Queensbury, for respondent.

Motion by respondent to terminate certain conditions of this Court's June 28, 2018 order reinstating him to the practice of law (162 AD3d 1455 [2018]), as modified by this Court's order of August 8, 2019 (175 AD3d 804 [2019]).
Upon review of the papers filed in support of the motion, and the correspondence filed by the Attorney Grievance Committee for the Third Judicial Department in response, it is
ORDERED that respondent's motion is granted; and it is further
ORDERED that the second decretal paragraph of our June 28, 2018 order reinstating respondent to the practice of law, as previously modified by this Court's August 8, 2019 order, is hereby modified to read as follows: "ORDERED that respondent's reinstatement to the practice of law shall be conditioned upon the following requirements: (1) respondent shall maintain his sobriety; respondent is permitted to engage in any course of medical treatment under the supervision of a licensed physician, in conformance with the laws of his home jurisdiction and with the approval of Florida Lawyer's Assistance, Inc. concerning his continuing participation in his current attorney monitoring program, and his engagement in such treatment shall not violate this condition; and (2) respondent shall not consume alcohol of any kind or amount."
Egan Jr., J.P., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.